No. 85–5956. LARGO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5959. WHAM v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–5963. CALVER v. OWNERS OF RIDGECREST MOBILE HOME PARK ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6006. LEPISCOPO v. YORK. C. A. 10th Cir. Certiorari denied.

No. 85–6049. GALLENTINE v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–429. EXXON CORP. v. UNITED STATES ET AL.;
No. 85–430. MARATHON PETROLEUM CO. ET AL. v. UNITED STATES ET AL.;
No. 85–432. AIR TRANSPORT ASSOCIATION OF AMERICA ET AL. v. UNITED STATES ET AL.;
No. 85–440. PHILADELPHIA ELECTRIC CO. v. UNITED STATES ET AL.; and
No. 85–444. NATIONAL FREIGHT, INC., ET AL. v. UNITED STATES ET AL. Temp. Emerg. Ct. App. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* in No. 85–429 granted. Motion of American Petroleum Institute for leave to file a brief as *amicus curiae* in Nos. 85–429 and 85–430 granted. Certiorari denied. Reported below: 773 F. 2d 1240.

No. 85–720. CLEAR PINE MOULDINGS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.